**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 163 WAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
ERIC J. HALL, :
:
Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 10th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.